(A. R. D. 94)

BRIDGETTS & CO., INC. (MONDIAL CO., INC.), ET AL. v. UNITED STATES

Entry No. W–46493–1/2, etc.

Second Division, Appellate Term

(Decided December 15, 1958)

*Jordan & Klingaman* (*Jacob L. Klingaman* of counsel) for the appellants.
*George Cochran Doub*, Assistant Attorney General (*Daniel I. Auster*, trial attorney), for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

LAWRENCE, Judge: This application for review of Reap. Dec. 9010 (39 Cust. Ct. 675), which covered the appeals for a reappraisement enumerated in the schedule, attached to and made part of this decision, having been formally abandoned, is dismissed.

Judgment will be entered accordingly.